ERIC ANDREW MERCER, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:   (916) 361-6022
Facsimile:    (916) 361-6023
Email:          eric@ericmercerlaw.com

Attorney for Plaintiffs
GARY L. COOKSEY and CAROL R. COOKSEY


BRYAN CAVE LLP
Andrea Hicks, California Bar No. 219836
Neeru Jindal, California Bar No. 235082
560 Mission Street, Floor 25
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email: andrea.hicks@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GARY L. COOKSEY, an individual and CAROL R. COOKSEY, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA, N.A.; and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01237-KJM-KJN<br><br>**STIPULATION OF DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)] |

1   Plaintiffs GARY L. COOKSEY and CAROL R. COOKSEY ("Plaintiffs") and Defendant
2   BANK OF AMERICA, N.A. ("Bank of America") (collectively, the "Parties") through their
3   respective counsel, stipulate as follows:
4   1.   This action, and each and every claim asserted against Bank of America in the
5   action, shall be dismissed in its entirety;
6   2.   The dismissal shall be made with prejudice; and
7   3.   Each of the Parties is to bear its own attorney's fees and costs.
8   **IT IS SO STIPULATED.**
9   A proposed order of dismissal, for entry by the Court, subject to the Court's approval, has
10  been lodged concurrently herewith.
11  The e-filing attorney, Eric Andrew Mercer, states that attorney Neeru Jindal authorized,
12  on September 3, 2015, the signing of this document on her behalf.

Respectfully submitted,

Dated: September 3, 2015         LAW OFFICE OF ERIC ANDREW MERCER

By: /s/ Eric Andrew Mercer
    ERIC ANDREW MERCER
    Attorney for Plaintiffs


**BRYAN CAVE LLP**
Andrea Hicks
Neeru Jindel

By: /s/ Neeru Jindel (with permission)

    Neeru Jindel
    Attorneys for Defendant
    BANK OF AMERICA, N.A.

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on September 3, 2015.

Dated: September 3, 2015                    LAW OFFICE OF ERIC ANDREW MERCER

By: */s/ Eric Andrew Mercer*
ERIC ANDREW MERCER
Attorney for Plaintiffs